UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:08-11993 LTS**

**ELAINE HART, ET AL**
Plaintiffs

V.

**CHRISTMAS TREE SHOPS, INC.**
Defendants

**CLOSING ORDER**

SOROKIN, M.J.

In accordance with the Stipulation of Dismissal   filed by the plaintiff dated October 20, 2010, this case is hereby closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE